# United States District Court

_____ DISTRICT OF _____

JUAN Q. PEREZ

v.

DONGWON INDUSTRIES CO., GUAM;
THE VESSEL "UNIVERSAL KIM"; and
DONGBU INSURANCE CO., LTD.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00025

FILED
DISTRICT COURT OF GUAM
OCT 01 2002
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

DONGBU INSURANCE CO., LTD.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of
GORMAN & GAVRAS
118-A Chalan Santo Papa
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

(BY) DEPUTY CLERK

DATE  AUG -9 2002

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE October 1, 2002 |
| NAME OF SERVER *(PRINT)* Brandon Gatan | TITLE Runner |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 101 Agana Shopping Center on 9-19-02 at 2:23pm on Cecilia Arias, Administration manager for Dongbu Insurance.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other *(specify)*: __________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/1/02
Date

[signature]
Signature of Server

118-A Chalan Santo Papa, Hagatna, GU 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.