KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

FILED
DISTRICT COURT OF GUAM
OCT 15 2002
MARY L. M. MORAN
CLERK OF COURT

Attorneys for   *Defendants*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. CV02-00025 |
| Plaintiff, | |
| vs. | **ANSWER OF DEFENDANTS DONGWON INDUSTRIES CO., GUAM AND DONGBU INSURANCE CO., LTD.** |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD., | |
| Defendants. | |

**COME NOW** Defendants **DONGWON INSTRUSTRIES CO., LTD.** (incorrectly named Dongwon Industries Co., Guam) and **DONGBU INSURANCE CO., LTD.** hereinafter collectively referred to as "Defendants"), and in answer to the Complaint herein admit, deny and allege as follows:

1.  Defendants admit the allegations contained in paragraphs 1, 3 and 5.

2.  In response to paragraph 4, Defendants admit only that the vessel "Universal Kim" was and is a vessel owned, operated, possessed and controlled by Dongwon Industries and that the vessel is currently outside the District of Guam. Defendants deny generally and specifically each and every other allegation contained in paragraph 4.

ORIGINAL

3. Defendants lack sufficient information and belief to formulate a response to paragraph 2, and basing their denial thereon, deny generally and specifically each and every allegation contained therein.

4. Defendants deny generally and specifically each and every allegation contained at paragraph 6.

### FIRST CAUSE OF ACTION

5. In response to paragraph 7, Defendants reallege and incorporate herein by this reference their responses to paragraphs 1 through 6, inclusive.

6. Defendants lack sufficient information and belief to formulate a response to paragraphs 8, 9, 10, 11, 12, and 13 and, basing their denial thereon, deny generally and specifically each and every allegation contained therein.

### SECOND CAUSE OF ACTION

7. In response to paragraph 14, Defendants reallege and incorporate herein by this reference their responses to paragraphs 1 through 13, inclusive.

8. In response to paragraph 16, Defendants admit only that Dongwon Industries had complete and exclusive control of the Univeral Kim at the times in question but Defendants lack sufficient information and belief to formulate a response to the balance of the allegations contained in said paragraph and,

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

basing their denial thereon, deny generally and specifically each and every other allegation.

9. Defendants lack sufficient information and belief to formulate a response to paragraphs 15, 17, 18, 19 and 20, inclusive, and, basing their denial thereon, deny generally and specifically each and every allegation contained therein.

### THIRD CAUSE OF ACTION

10. In response to paragraph 21, Defendants reallege and incorporate herein by this reference their responses to paragraphs 1 through 20, inclusive.

11. Defendants admit the allegations contained in paragraph 22, but Defendants deny generally and specifically that there is any coverage for the claims alleged in this action except as provided for by the terms, conditions and limitations of the policy.

12. Defendants admit the allegations contained in paragraph 23.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim or claims upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The accident and damages alleged in the Complaint result solely and proximately from the negligent and careless conduct of Plaintiff Juan Q. Perez and the amount of damages recoverable

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

from these answering Defendants, if any, must be reduced in an amount commencurate to the percentage of causal negligence attributable to Mr. Perez.

### THIRD AFFIRMATIVE DEFENSE

The accident and damages alleged in the Complaint resulted solely and proximately from the negligent and careless conduct of Plaintiff Juan Q. Perez and the percentage of causal negligence attributable to Mr. Perez is equal to or greater than that, if any, attributable to these answering Defendants so that Mr. Perez' claims are barred in their entirety.

### FOURTH AFFIRMATIVE DEFENSE

Defendants are informed and believe and thereon allege that Plaintiff Juan Q. Perez is not the real party in interest in connection with some of the claims being alleged in this action.

**WHEREFORE**, Defendants **DONGWON INSTRUSTRIES CO., LTD.** and **DONGBU INSURANCE CO., LTD.** pray for judgment as follows:

1. That Plaintiff take nothing by his Complaint;
2. For costs of suits incurred herein; and
3. For such other and further relief as the Court may deem just and proper.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: OCTOBER 15, 2002.    BY: _____
THOMAS C. STERLING
*Attorneys for Defendants Dongwon Industries Co., Guam and Dongbu Insurance Co., Ltd.*

E56\14226-16J\\G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\270-ANSWER RE PEREZ V DONGWON & DONGBU.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

- 4 -