A. Alexander Gorman, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ

FILED
DISTRICT COURT OF GUAM
NOV - 5 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| Plaintiff, | |
| vs. | SCHEDULING ORDER |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD. | |
| Defendants. | |

## SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

Admiralty & Maritime Negligence; Common-law Negligence; and Direct Action Damages.

**Perez v. Dongwon Industries Co., Guam, et al., Civil Case No. 02-00025**
**Scheduling Order**
**October 23, 2002**

2. The posture of the case is as follows:

    a) The following motions are on file (pending):

    None at this time.

    b) The following motions have been resolved:

    Not applicable.

    c) The following formal discovery has been initiated:

    None at the present time.

3. All Motions to add parties and claims shall be filed on or before:

    July 14, 2003.

4. All Motions to amend pleadings shall be filed on or before:

    July 14, 2003.

5. Status of Discovery:

    The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. ~~The parties shall appear before the District Court on November 7, 2002, at 3:00 p.m. for the Scheduling Conference.~~

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: June 20, 2003.

8. a) The anticipated discovery motions are:

   None at this time.

   b) All discovery motions shall be filed on or before June 30, 2003. These motions will be heard on or before July 18, 2003.

   c) All dispositive motions shall be filed on or before June 30, 2003 and heard on or before July 18, 2003.

9. The prospects for settlement are:

   Unknown at this time.

10. The Preliminary Pretrial Conference shall be held on August 7, 2003 at 3:00 p.m. (no later than 21 days to trial date).

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before August 18, 2003 (no later than 14 days prior to Trial).

12. The Proposed Pretrial Order shall be filed on or before August 18, 2003 (no later than 14 days prior to Trial).

13. The Final Pretrial Conference shall be held on August 21, 2003, at 3:00 p.m. (no later than 7 days prior to Trial).

14. The Jury Trial shall be held on September 2, 2003 at 9:30 a.m.

15. The Plaintiff seeks a jury trial.

16. It is anticipated that it will take two to three (2-3) days to try this case.

17. The names of counsel on this case are:

    A. Alexander Gorman, Esq. for Plaintiff Juan Q. Perez.

    Thomas C. Sterling, Esq. for Defendants.

18. The Parties are amenable to submitting this case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

    None at this time.

20. The following issues will affect the status or management of the case:

    Unknown at this time

Dated: NOV -5 2002

/s/ HONORABLE JOHN S. UNPINGCO
Chief District Judge

**Perez v. Dongwon Industries Co., Guam, et al., Civil Case No. 02-00025**
**Scheduling Order**
**October 23, 2002**

APPROVED AS TO FORM AND CONTENT:

Dated: October 23, 2002.     KLEMM, BLAIR, STERLING & JOHNSON

BY: *Original Signed By Thomas C. Sterling*
THOMAS C. STERLING, ESQ.
Attorneys for Defendant

Dated: October 23, 2002.     GORMAN & GAVRAS

BY: _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

5

A. Alexander Gorman, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone:  472-2302
Facsimile:   472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| Plaintiff, | |
| vs. | DISCOVERY PLAN |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD. | |
| Defendants. | |

## DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rules 16.2, the parties agree to and hereby submit the following plan:

A.      Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff date. Some of the parties may call expert witnesses in this case.

B.      Unless additional discovery is ordered by the Court, the parties also may propound one set each of interrogatories (25 maximum) and requests for admissions (25 maximum). Requests for production may also be propounded. This discovery shall

be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.

C. The parties, except as otherwise noted, agree to provide all prediscovery and preliminary discovery mandated by local rules and FRCP Rule 26 by December 5, 2002. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

D. All parties will exchange names and reports (if any) of expert witnesses on or before May 16, 2002.

E. The specific subjects on which discovery may be needed are:

Facts supporting the nature of the claims and defenses.

F. Other than the provisos set forth above in Item B, the parties do not anticipate requiring any other changes or limitations on discovery as imposed under the federal and local rules.

G. The Cutoff date for discovery is June 20, 2003.

APPROVED AS TO FORM AND CONTENT:

Dated: October 23, 2002.   GORMAN & GAVRAS

BY: _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

Dated: October 23, 2002.   KLEMM, BLAIR, STERLING & JOHNSON

BY: **Original Signed By**
**Thomas C. Sterling**
THOMAS C. STERLING, ESQ.
Attorneys for Defendants

2