A. Alexander Gorman, Esq.
GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ



IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| Plaintiff, | |
| vs. | NOTICE OF DEPOSITION PURSUANT TO RULE 30 (b)(6) |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD. | |
| Defendants. | |

TO: DONGWON INDUSTRIES CO.

PLEASE TAKE NOTICE that on June 20, 2003, at 2:00 p.m., at the Law Offices of Gorman & Gavras, 2nd Floor, J & R Building, Hagatna, Guam, Plaintiff in the above-entitled action will take the deposition of Defendant DONGWON INDUSTRIES CO. Guam at the address above written, upon oral examination pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths.

**Perez v. Dongwon Industries Co., Guam., et al**
**Notice of Deposition**

You are instructed pursuant to Rule 30(b)(6) to designate one or more officers, directors, or managing agents, or other persons to testify on behalf of DONGWON INDUSTRIES CO., Guam as to the following matters:

1. The identity of any and every person who has knowledge of any kind or nature pertaining to the accident complained of in the subject Complaint for damages, by the Plaintiff, as to the accident of August 12, 2000;

2. The present whereabouts of any such person; as well as defendant's knowledge of, and position on, how the aforesaid accident of August 12, 2000 occurred;

3. The existence and whereabouts of any and all photographs, reports, drawings, sketches, pictures, and videos pertaining to the said accident of August 12, 2000;

4. The existence of any and all applicable insurance policies pertaining to the vessel "Universal Kim"; that existed and provided coverage on or about August 12, 2000 providing insurance coverage for any incident such as the accident the subject of the Plaintiff's Complaint herein; and

5. How the accident of August 12, 2000 occurred and/or how the ship began to move while docked and tied down.

The oral examination(s) will continue from day to day until completed.

Dated: June 12, 2003.

LAW OFFICES OF GORMAN & GAVRAS

BY: _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

2