KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By VINCENT LEON GUERRERO

Attorneys for   Defendants Dongwon Industries Co., Ltd. and
                Dongbu Insurance Company, Ltd.

FILED
DISTRICT COURT OF GUAM
JUN 26 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | | |
|---|---|---|
| JUAN Q. PEREZ, | ) | CIVIL CASE NO. 02-00025 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF DEPOSITION** |
| | ) | |
| DONGWON INDUSTRIES CO., | ) | |
| GUAM; THE VESSEL "UNIVERSAL | ) | |
| KIM", AND DONGBU INSURANCE | ) | |
| CO. LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant **DONGWON INDUSTRIES CO., GUAM** and **DONGBU INSURANCE CO., LTD.** will take the deposition upon oral examination of **ROQUE T. SANTOS** pursuant to Rule 30 of the Federal Rules of Civil Procedure on July 8, 2003, at the hour of 9:00 o'clock a.m., at the law offices of Klemm, Blair, Sterling & Johnson, A Professional Corporation, 1008 Pacific News Building, 238 Archbishop F.C. Flores Street, Hagåtña, Guam.

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: JUNE 26, 2003           BY: _____
                                    VINCENT LEON GUERRERO
**ORIGINAL**                   Attorneys for Defendants Dongwon Industries Co., Ltd.
                                and Dongbu Insurance Co. Ltd.

V49\14226-160
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\DONGBU\PLD\354-NTC OF DEPO RE PEREZ V DONGWON.DOC