AO88 (Rev. 1/94) Subpoena in a Civil Case

FILED
DISTRICT COURT OF GUAM
JUN 30 2003
MARY L. M. MORAN
CLERK OF COURT

15

Issued by the
# UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

JUAN Q. PEREZ,

      Plaintiff,     **SUBPOENA IN A CIVIL CASE**

  V.

DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL
KIM", AND DONGBU INSURANCE CO. LTD.,
      Defendants.    Case Number:[1]   CIV 02-00025

TO:   ROQUE T. SANTOS
     C/O SHELL GUAM, INC.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Klemm, Blair, Sterling & Johnson, P.C., 1008 Pacific News Building 238 Archbishop F.C. Flores Street, Hagåtña, Guam 96910 | July 8, 2003; 9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

  Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) VINCENT LEON GUERRERO, Attorneys Defendants Dongwon Industries Co., Ltd. and Dongbu Insurance Company, Ltd. | DATE JUNE 26, 2003 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**ORIGINAL**

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 6/27/03 | SHELL GUAM INC.<br>FOX TROT (F-1) PIER, CABRAS |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| ROQUE T. SANTOS | SERVED PERSONALLY |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| ARIES MENDIOLA | PROCESS SERVER |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   6/27/03
              DATE

SIGNATURE OF SERVER

385F KAYEN TUNAS DEDEDO
ADDRESS OF SERVER