FILED
DISTRICT COURT OF GUAM
JUL 14 2003
MARY L. M. MORAN
CLERK OF COURT

# Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

JUAN Q. PEREZ,

                Plaintiff,     **SUBPOENA IN A CIVIL CASE**

      V.

DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM", AND DONGBU INSURANCE CO. LTD.,

                Defendants.     Case Number:[1]   CIV 02-00025

TO:    CUSTODIAN OF RECORDS
         SHELL GUAM, INC.
         SUITE 100, 643 CHALAN SAN ANTONIO
         TAMUNING, GUAM 96913

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

1. Any and all records pertaining to Juan Q. Perez, Social Security No. 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, including employment records.
2. Shell Guam Inc.'s standard operating procedure manuals, guides, handbooks regarding refueling of tuna purse seiners.
3. Shell Guam Inc.'s safety manuals, safety guides and/or safety handbooks.

| PLACE | DATE AND TIME |
|---|---|
| Klemm, Blair, Sterling & Johnson, P.C., 1008 Pacific News Building 238 Archbishop F.C. Flores Street, Hagåtña, Guam 96910 | JULY 18, 2003; 10:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

     Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) VINCENT LEON GUERRERO, *Attorneys for Defendants Dongwon Industries Co., Ltd. and Dongbu Insurance Company, Ltd.* | DATE JULY 11, 2003 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER |  |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**ORIGINAL**

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 7/11/03 | SHELL GUAM, INC. SUITE 100, 643 CHALAN SAN ANTONIO TAMUNING, GUAM 96913 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| MARIVIC M. GARCIA | PERSONAL HAND DELIVERY |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| JOHN L. MANIBUSAN | RUNNER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   7/14/03
             DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
P.O. BOX 669 HAGATNA
GUAM 96932