A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ

FILED
DISTRICT COURT OF GUAM
AUG - 6 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| Plaintiff, | |
| vs. | REVISED SCHEDULING ORDER |
| DONGWON INDUSTRIES CO., GUAM;<br>THE VESSEL "UNIVERSAL KIM"; and<br>DONGBU INSURANCE CO., LTD. | |
| Defendants. | |

## REVISED SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Revised Scheduling Order:

1. The nature of the case is as follows:

Admiralty & Maritime Negligence; Common-law Negligence; and Direct Action Damages.

ORIGINAL

**Perez v. Dongwon Industries Co., Guam, et al., Civil Case No. 02-00025**
**Revised Scheduling Order**

2. The posture of the case is as follows:

   a) The following motions are on file (pending):

   None at this time.

   b) The following motions have been resolved:

   Not applicable.

   c) The following formal discovery has been initiated:

3. No further parties or claims shall be added.

4. All Motions to amend pleadings shall be filed on or before:

   The date has passed.

5. Status of Discovery:

   The Revised Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. The discovery cut-off date (defined as the last day to file responses to discovery) is: October 22, 2003.

7. a) The anticipated discovery motions are:

   None at this time.

   b) All discovery motions shall be filed on or before October 30 2003. These motions will be heard on or before November 21, 2003.

      c)    All dispositive motions shall be filed on or before October 30, 2003 and heard on or before November 21, 2003.

8. The prospects for settlement are:

   Unknown at this time.

9. The Preliminary Pretrial Conference shall be held on December 30, 2003 at 3:00 p.m. (no later than 21 days prior to the trial date).

10. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before January 7, 2004 (no later than 14 days prior to Trial).

11. The Proposed Pretrial Order shall be filed on or before January 7, 2004 (no later than 14 days prior to Trial).

12. The Final Pretrial Conference shall be held on January 14, 2004, at 3:00 p.m. (no later than 7 days prior to Trial).

13. The Jury Trial shall be held on January 21, 2004 at 9:30 a.m.

14. The Plaintiff seeks a jury trial.

15. It is anticipated that it will take two to three (2-3) days to try this case.

3

16. The names of counsel in this case are:

A. Alexander Gorman, Esq. for Plaintiff Juan Q. Perez.

Vincent Leon Guerrero, Esq. for Defendants.

17. The Parties are amenable to submitting this case to a settlement conference.

18. The parties present the following suggestions for shortening trial:

None at this time.

19. The following issues will affect the status or management of the case:

Unknown at this time

Dated: AUG - 6 2003

HONORABLE JOHN S. UNPINGCO
Chief District Judge

RECEIVED
AUG - 5 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

///
///
///
///
///
///
///
///
///

Perez v. Dongwon Industries Co., Guam, et al., Civil Case No. 02-00025
Revised Scheduling Order

APPROVED AS TO FORM AND CONTENT:

KLEMM, BLAIR, STERLING & JOHNSON

Dated: August 5, 2003          BY:  _____
                                    VINCENT LEON GUERRERO, ESQ.
                                    Attorneys for Defendant


LAW OFFICES OF GORMAN & GAVRAS

Dated: August 5, 2003          BY:  _____
                                    A. ALEXANDER GORMAN, ESQ.
                                    Attorneys for Plaintiff
                                    JUAN Q. PEREZ

5