A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342



Attorneys for Plaintiff
JUAN Q. PEREZ

IN THE U.S. DISTRICT COURT

OF GUAM

JUAN Q. PEREZ,

        Plaintiff,

vs.

DONGWON INDUSTRIES CO., GUAM;
THE VESSEL "UNIVERSAL KIM"; and
DONGBU INSURANCE CO., LTD.

        Defendants.
_____/

CIVIL CASE NO. 02-00025

REVISED DISCOVERY PLAN

### REVISED DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rules 16.2, the parties agree to and hereby submit the following plan:

A.    Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff date. Some of the parties may call expert witnesses in this case.

B.    Unless additional discovery is ordered by the Court, the parties also may propound one set each of interrogatories (25 maximum) and requests for admissions (25 maximum). Requests for production may also be propounded. This discovery shall

ORIGINAL

**Perez v. Dongwon Industries Co., Guam, et al., Civil Case No. 02-00025**
Discovery Plan
August 5, 2003

be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.

C. The parties, except as otherwise noted, agree to provide all prediscovery and preliminary discovery mandated by local rules and FRCP Rule 26 has already been complied with. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

D. All parties will exchange names and reports (if any) of expert witnesses on or before September 22, 2003.

E. The specific subjects on which discovery may be needed are:

Facts supporting the nature of the claims and defenses.

F. Other than the provisos set forth above in Item B, the parties do not anticipate requiring any other changes or limitations on discovery as imposed under the federal and local rules.

G. The Cutoff date for discovery is October 22, 2003.

APPROVED AS TO FORM AND CONTENT:

Dated: August 5, 2003

LAW OFFICES OF GORMAN & GAVRAS

BY: _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

Dated: August 5, 2003.

KLEMM, BLAIR, STERLING & JOHNSON

BY: _____
VINCENT LEON GUERRERO, ESQ.
Attorneys for Defendants

RECEIVED
AUG -5 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

3