William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone:   472-2302
Facsimile:   472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ



FILED
DISTRICT COURT OF GUAM

AUG - 7 2003

MARY L. M. MORAN
CLERK OF COURT

21

## IN THE U.S. DISTRICT COURT

## OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| **Plaintiff,** | |
| **vs.** | NOTICE REGARDING STIPULATION TO CONTINUE TRIAL DATE PENDING PLAINTIFF'S FURTHER MEDICAL EXAMINATION AND/OR TREATMENT |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD. | |
| **Defendants.** | |

COME NOW the Plaintiff, through his undersigned counsel, and hereby gives notice to this Honorable Court as to the reasons the parties filed a stipulated Revised Scheduling Order on August 4, 2003.   Plaintiff respectfully requests that the trial date in the above-captioned and numbered civil case, which is presently scheduled for September 2, 2003,. be continued to such further dates as contained within the Revised Scheduling Order or as the Court deems otherwise appropriate.

This Stipulation is premised upon the Plaintiff, Mr. Juan Q. Perez, presently being under the examination and treatment of Dr. Nagarkatti of the Island Surgical Clinic.  The referral to Dr. Nagarkatti follows the recommendation of Dr. Charles Salzberg in his final report at the end of April this year for Mr. Perez to undergo an orthopedic evaluation as

to his left shoulder and back concerning the desirability of surgical intervention for both regions.  Dr. Nagarkatti has ordered x-rays and an MRI to assist him in his examination of Mr. Perez, and in order to provide the evaluation recommended by Dr. Charles Salzberg, and the examinations are on-going.  There is a very real possibility that Plaintiff will require surgery in the near future.

Furthermore, the defendants will require a reasonable opportunity to conduct discovery pertaining to the on-going and most recent medical examinations and probable surgery of the Plaintiff, and should be accorded a reasonable time within which to conduct the same.

Accordingly, it is hereby respectfully requested that the Court adopt and order the stipulated Revised Scheduling Order or otherwise continue the scheduled trial date in this case.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: August 6, 2003          B y:  _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

2

**Perez v. Dongwon Industries Co., Guam., et al, CIV 02-00025**
**Notice Regarding Stipulation to Continue Trial Date Pending Further
Examination and Treatment**

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon KLEMM, BLAIR, STERLING &

JOHNSON, a true and correct copy of this document on or before August 7, 2003.

LAW OFFICES OF GORMAN & GAVRAS

Date: August 6, 2003      B y:    _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

3