KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By **VINCENT LEON GUERRERO**

Attorneys for  *Defendants Dongwon Industries Co., Ltd. and Dongbu Insurance Company, Ltd.*

FILED
DISTRICT COURT OF GUAM
SEP 19 2003
MARY L. M. MORAN
CLERK OF COURT

22

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, ) | CIVIL CASE NO. 02-00025 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF DEPOSITION** |
| ) | |
| DONGWON INDUSTRIES CO., GUAM; ) | |
| THE VESSEL "UNIVERSAL KIM", ) | |
| AND DONGBU INSURANCE CO. LTD., ) | |
| ) | |
| Defendants. ) | |

**TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant **DONGWON INDUSTRIES CO., GUAM** and **DONGBU INSURANCE CO., LTD.** will take the deposition upon oral examination of **CHARLES SALZBERG, M.D.** pursuant to Rule 30 of the Federal Rules of Civil Procedure on October 9, 2003, at the hour of 2:30 o'clock p.m., at the law offices of Klemm, Blair, Sterling & Johnson, A Professional Corporation, 1008 Pacific News Building, 238 Archbishop F.C. Flores Street, Hagåtña, Guam.

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: SEPTEMBER 19, 2003    BY: /s/ Vincent Leon Guerrero
                                 **VINCENT LEON GUERRERO**
                                 *Attorneys for Defendants Dongwon Industries Co., Ltd. and Dongbu Insurance Co. Ltd.*

V62\14226-160
J:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\412-NTC OF DEPOS RE PEREZ V DONGWON.DOC

