KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By VINCENT LEON GUERRERO

Attorneys for  Defendants Dongwon Industries Co., Ltd. and
Dongbu Insurance Company, Ltd.

FILED
DISTRICT COURT OF GUAM
SEP 19 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| Plaintiff, | |
| vs. | NOTICE OF DEPOSITION |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM", AND DONGBU INSURANCE CO. LTD., | |
| Defendants. | |

TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant **DONGWON INDUSTRIES CO., GUAM** and **DONGBU INSURANCE CO., LTD.** will take the deposition upon oral examination of **JAMES K. NOZAKI, M.D.** pursuant to Rule 30 of the Federal Rules of Civil Procedure on October 9, 2003, at the hour of 10:30 o'clock a.m., at the law offices of Klemm, Blair, Sterling & Johnson, A Professional Corporation, 1008 Pacific News Building, 238 Archbishop F.C. Flores Street, Hagåtña, Guam.

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: SEPTEMBER 19, 2003   BY: _____
VINCENT LEON GUERRERO
*Attorneys for Defendants Dongwon Industries Co., Ltd. and Dongbu Insurance Co. Ltd.*

V62\14226-160
J:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\412-NTC OF DEPOS RE PEREZ V DONGWON.DOC

**ORIGINAL**