KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By VINCENT LEON GUERRERO

Attorneys for   Defendants Dongwon Industries Co., Ltd. and
Dongbu Insurance Company, Ltd.

FILED
DISTRICT COURT OF GUAM
SEP 23 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| JUAN Q. PEREZ, | ) | CIVIL CASE NO. 02-00025 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF DEPOSITION |
| | ) | |
| DONGWON INDUSTRIES CO., GUAM; | ) | |
| THE VESSEL "UNIVERSAL KIM", | ) | |
| AND DONGBU INSURANCE CO. LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants DONGWON INDUSTRIES CO., GUAM and DONGBU INSURANCE CO., LTD. will take the deposition of SCOTT MAGIN pursuant to Rule 30 of the Federal Rules of Civil Procedure on September 25, 2003, at the hour of 10:00 o'clock a.m., at the law offices of Klemm, Blair, Sterling & Johnson, A Professional Corporation, 1008 Pacific News Building, 238 Archbishop F.C. Flores Street, Hagåtña, Guam.

Said deposition will be taken before a notary public or other officer authorized to administer oaths and recorded through stenographic means, and will continue from day to day, Sundays and holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: SEPTEMBER 23, 2003          BY: /s/ Vincent Leon Guerrero
                                        VINCENT LEON GUERRERO
                                        Attorneys for Defendants Dongwon Industries Co., Ltd.
                                        and Dongbu Insurance Co. Ltd.

ORIGINAL

V62\14226-160
J:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\415-NTC OF DEPO (MAGIN) RE PEREZ V DONGWON.DOC