A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff**
JUAN Q. PEREZ

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>DONGWON INDUSTRIES CO., GUAM;<br>THE VESSEL "UNIVERSAL KIM"; and<br>DONGBU INSURANCE CO., LTD.<br><br>Defendants.<br>_____/ | CIVIL CASE NO. 02-00025<br><br>SECOND REVISED<br>SCHEDULING ORDER |

### SECOND REVISED SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Second Revised Scheduling Order due to the fact that Plaintiff's Maritime expert will be out at sea on the current trial date:

1. The nature of the case is as follows:

    Admiralty & Maritime Negligence; Common-law Negligence; and Direct Action Damages.

2. The posture of the case is as follows:

    a) The following motions are on file (pending):

    None at this time.

    b) The following motions have been resolved:

    Not applicable.

    c) The following formal discovery has been initiated:

3. No further parties or claims shall be added.

4. All Motions to amend pleadings shall be filed on or before:

    The date has passed.

5. Status of Discovery:

    The Revised Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. The discovery cut-off date (defined as the last day to file responses to discovery) is: February 16, 2004.

7. a) The anticipated discovery motions are:

    Plaintiff anticipates filing a motion for leave to serve additional Requests for Admissions.

      b)      All discovery motions shall be filed on or before February 23, 2004. These motions will be heard on or before March 19, 2004.

      c)      All dispositive motions shall be filed on or before February 23, 2004 and heard on or before March 19, 2004.

8.     The prospects for settlement are:

      Unknown at this time.

9.     The Preliminary Pretrial Conference shall be held on April 13, 2004 at 3:00 p.m. (no later than 21 days prior to the trial date).

10.     The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before May 4, 2004 (no later than 14 days prior to Trial).

11.     The Proposed Pretrial Order shall be filed on or before May 4, 2004 (no later than 14 days prior to Trial).

12.     The Final Pretrial Conference shall be held on April 22, 2004, at 3:00 p.m. (no later than 7 days prior to Trial).

13.     The Jury Trial shall be held on May 18, 2004 at 9:30 a.m.

Perez v. Dongwon Industries Co., Guam, et al., Civil Case No. 02-00025
Second Revised Scheduling Order

14. The Plaintiff seeks a jury trial.

15. It is anticipated that it will take two to three (7) days to try this case.

16. The names of counsel in this case are:

    A. Alexander Gorman, Esq. for Plaintiff Juan Q. Perez.

    Vincent Leon Guerrero, Esq. for Defendants.

17. The Parties are amenable to submitting this case to a settlement conference.

18. The parties present the following suggestions for shortening trial:

    None at this time.

19. The following issues will affect the status or management of the case:

    Unknown at this time

Dated: SEP 2 4 2003

HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

///
///
///
///
///
///
///
///
///

RECEIVED
SEP 2 3 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Perez v. Dongwon Industries Co., Guam, et al., Civil Case No. 02-00025
Second Revised Scheduling Order

APPROVED AS TO FORM AND CONTENT:

KLEMM, BLAIR, STERLING & JOHNSON

Dated: September 22, 2003   BY: _____
VINCENT LEON GUERRERO, ESQ.
Attorneys for Defendant

LAW OFFICES OF GORMAN & GAVRAS

Dated: September 22, 2003   BY: _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

5