A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone:   472-2302
Facsimile:    472-2342


**Attorneys for Plaintiff**
**JUAN Q. PEREZ**

FILED
DISTRICT COURT OF GUAM
SEP 24 2003
MARY L. M. MORAN
CLERK OF COURT

28

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>DONGWON INDUSTRIES CO., GUAM;<br>THE VESSEL "UNIVERSAL KIM"; and<br>DONGBU INSURANCE CO., LTD.<br><br>Defendants. | CIVIL CASE NO. 02-00025<br><br><br><br>SECOND REVISED<br>DISCOVERY PLAN |

#### SECOND REVISED DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rules 16.2, the parties agree to and hereby submit the following plan:

A.  Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff d

ate.  Some of the parties may call expert witnesses in this case.

B.  Unless additional discovery is ordered by the Court, the parties also may propound one set each of interrogatories (25 maximum) and requests for admissions (25 maximum).  Requests for production may also be propounded.  This discovery shall

**Perez v. Dongwon Industries Co., Guam, et al., Civil Case No. 02-00025**
**Discovery Plan**
**September 22, 2003**

be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.

  C. The parties, except as otherwise noted, agree to provide all prediscovery and preliminary discovery mandated by local rules and FRCP Rule 26 has already been complied with. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

  D. All parties will exchange names and reports (if any) of expert witnesses on or before December 15, 2003.

  E. The specific subjects on which discovery may be needed are:

    Facts supporting the nature of the claims and defenses.

  F. The Cutoff date for discovery is February 16, 2004.

**APPROVED AS TO FORM AND CONTENT:**

Dated: September 22, 2003.  LAW OFFICES OF GORMAN & GAVRAS

BY: _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

Dated: September 22, 2003.  KLEMM, BLAIR, STERLING & JOHNSON

BY: _____
VINCENT LEON GUERRERO, ESQ.
Attorneys for Defendants



RECEIVED
SEP 23 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM