≈AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
SEP 2 4 2003
MARY L. M. MORAN
CLERK OF COURT

JUAN Q. PEREZ,

          Plaintiff,

V.

DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM", AND DONGBU INSURANCE CO. LTD.,

          Defendants.

**SUBPOENA IN A CIVIL CASE**  31

Case Number:[1]

CIV 02-00025

TO: CUSTODIAN OF RECORDS
FHP NKA PACIFICARE HEALTH CENTER
#548 S. MARINE DRIVE
TAMUNING, GUAM 96913

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all records pertaining to Juan Q. Perez, Social Security No. 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

| PLACE | DATE AND TIME |
|---|---|
| Klemm, Blair, Sterling & Johnson, P.C., 1008 Pacific News Building 238 Archbishop F.C. Flores Street, Hagåtña, Guam 96910 | OCTOBER 9, 2003; 10:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorneys for Defendants Dongwon Industries Co., Ltd. and Dongbu Insurance Company, Ltd. | SEPTEMBER 17, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
VINCENT LEON GUERRERO, Klemm, Blair, Sterling & Johnson, P.C., 1008 Pacific News Building, Hagåtña, Guam 96910; (671) 477-7857

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

ORIGINAL

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 9/23/03 | 548 S MARINE DRIVE TAMUNING GUAM |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| ALICIA CRUZ | HAND DELIVERY PERSONAL |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| JOHN MANIBUSAN | RUNNER/PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  9/23/03
             DATE

SIGNATURE OF SERVER

SUITE 1008 PACIFIC NEWS BLDG HAGATNA GUAM
ADDRESS OF SERVER

96910