ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 08 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

JUAN Q. PEREZ,

    Plaintiff,

vs.

DONGWON INDUSTRIES CO., GUAM, et al.

    Defendants.

Civil Case No. CV02-00025

**ORDER**

This case is scheduled to come before the Court on April 13, 2004, for a Preliminary Pretrial Conference. However, because the undersigned Judge is retiring from the bench and is unable to try this case, it would be a waste of resources to proceed in the preparation of this case for trial. Accordingly, the Court hereby vacates the present scheduling order, including the dates for the preliminary pretrial and the final pretrial conferences as well as the trial date. These matters will be re-calendered upon the Ninth Circuit's designation of a new trial judge.

IT IS SO ORDERED this 8th day of April, 2004.

JOHN S. UNPINGCO
District Judge