Timothy MB Farrell, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ



FILED
DISTRICT COURT OF GUAM
AUG 20 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>DONGWON INDUSTRIES CO., GUAM;<br>THE VESSEL "UNIVERSAL KIM"; and<br>DONGBU INSURANCE CO., LTD.<br><br>Defendants. | CIVIL CASE NO. 02-00025<br><br><br><br>NOTICE OF WITHDRAWAL<br>OF MOTION TO COMPEL |

COMES NOW Plaintiff, by and through counsel and gives notice that he is withdrawing his Motion to Compel. The parties are working on an amicable resolution to the matters at issue and may not need the Court's assistance.

LAW OFFICES OF GORMAN & GAVRAS

Date: August 20, 2004.   By: _____
TIMOTHY MB FARRELL, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ