DISTRICT COURT OF GUAM

TERRITORY OF GUAM

JUAN Q. PEREZ,

    Plaintiff,

vs.

DONGWON INDUSTRIES CO., GUAM THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD.

Civil Case No. CV02-00025

**ORDER**

The Court has been advised by counsel that they would like to proceed to trial. Accordingly, the preliminary pretrial conference is hereby scheduled for November 23, 2004, at 9:30 a.m. The trial is scheduled to begin on November 30, 2004, at 9:30 a.m. before the Honorable A. Wallace Tashima.* Parties are required to comply with the deadlines as set forth in the Local Rules as to the submission of all trial documents.

IT IS SO ORDERED this 2nd day of September, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

---

*The Honorable A. Wallace Tashima, Senior Circuit Judge for the Ninth Circuit Court of Appeals, sitting by designation.