Timothy MB Farrell, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ

FILED
DISTRICT COURT OF GUAM
SEP 10 2004
MARY L. M. MORAN
CLERK OF COURT

(36)

IN THE U.S. DISTRICT COURT

OF GUAM

JUAN Q. PEREZ,

    Plaintiff,

vs.

DONGWON INDUSTRIES CO., GUAM;
THE VESSEL "UNIVERSAL KIM"; and
DONGBU INSURANCE CO., LTD.

    **Defendants.**
_____/

CIVIL CASE NO. 02-00025

**MOTION FOR STATUS HEARING**

Comes now the Plaintiff, by and through counsel, and moves for a status hearing pursuant to LR 41.1 on the grounds that no action has been taken in the preceding three months. The Plaintiff would like to schedule a trial date. The original trial date was vacated. It was to be re-calendared upon the Ninth Circuit's designation of a new trial judge. Attached is a proposed notice for the Clerk of Court's consideration.

LAW OFFICES OF GORMAN & GAVRAS

Date: August 25, 2004.

By: _____
TIMOTHY M. B. FARRELL, ESQ.
Attorneys for Plaintiff
Juan Q. Perez

ORIGINAL