Timothy MB Farrell, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ



### IN THE U.S. DISTRICT COURT
### OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| Plaintiff, | |
| vs. | NOTICE OF WITHDRAWAL OF MOTION |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD. | |
| Defendants. | |

**COMES NOW** Plaintiff, by and through counsel, by and through counsel, and hereby withdraws his motion for a status conference and trial date.

LAW OFFICES OF GORMAN & GAVRAS

Date: September 14, 2004.    By: _____
TIMOTHY MB FARRELL, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

ORIGINAL