KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

BY: **VINCENT LEON GUERRERO**
**JEHAN'AD G. MARTINEZ**

Attorneys for *Defendants Dongwon Industries Co., Guam and Dongbu Insurance Co., Ltd.*



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| JUAN Q. PEREZ, | ) | CIVIL CASE NO. 02-00025 |
| Plaintiff, | ) | |
| vs. | ) | |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD., | ) | **NOTICE OF DEPOSITION** |
| Defendants. | ) | |

TO PLAINTIFF JUAN Q. PEREZ AND HIS ATTORNEYS OF RECORD,
LAW OFFICES OF GORMAN & GAVRAS, P.C.:

**PLEASE TAKE NOTICE** that Defendants **DONGWON INDUSTRIES CO., GUAM** and **DONGBU INSURANCE CO., LTD.** will take the stenographic and "sound-and-visual" deposition of **JOHN L. CHASE, M.D.**, pursuant to Federal Rule of Civil Procedure 30(b)(2), on Tuesday, October 12, 2004 at 3:30 p.m., California time, at the Glass Conference Room, HQ @ Treat Center, 1255 Treat Center Boulevard, Suite 300, Walnut Creek, California. Plaintiff's counsel intends upon appearing

ORIGINAL

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

telephonically on Wednesday, October 13, 2004, at the hour of 8:30 a.m., Guam time.

Said deposition will be recorded both stenographically and on videotape by A.A. Nichols Court Reporters, and will take place before a notary public or other officer authorized to administer oaths.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: SEPTEMBER 25, 2004

BY: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Defendants Dongwon Industries Co. and Dongbu Insurance Co., Ltd.*

A22:62\14226-160
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\505-NTC OF DEPO
OF DR. JOHN CHASE RE PEREZ V DONGWON ET AL.DOC