Timothy MB Farrell, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ



FILED
DISTRICT COURT OF GUAM
OCT 01 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>DONGWON INDUSTRIES CO., GUAM;<br>THE VESSEL "UNIVERSAL KIM"; and<br>DONGBU INSURANCE CO., LTD.<br><br>Defendants. | CIVIL CASE NO. 02-00025<br><br>REPLY BRIEF RE:<br>ADDITIONAL REQUESTS<br>FOR ADMISSIONS |

Plaintiff can think of no better cause for serving additional requests for admission than shortening and simplifying the case for trial. In response to the numerous factual issues addressed in the proposed requests for admission, the parties have only agreed on three things. See attached proposal. The requests Plaintiff seeks leave to serve address many more issues. As such, good cause exists.

Defendants also address the issue of Plaintiff's Second Request for Production. This issue is not before the Court as Plaintiff withdrew the Motion on September 15, 2004.

Perez v. Dongwon Industries Co., Guam., et al
Reply Brief re: Additional Requests for Admissions
October 1, 2004

However, the argument deserves addressing for it does not cite to any case law. Does a ship's agent have access to a vessel's logs, hence control? Plaintiff reserves the right to argue this issue at a later date.

It should be noted that defendant did not argue against responding to Plaintiff's Second Request for Production. These discovery requests have been in defendants' possession for nearly a year. Plaintiff reserves the right to move to compel responses to these requests.

For the reasons stated in Plaintiff's Motion for leave to serve additional requests for admissions, Plaintiff respectfully asks for an order granting such leave. A proposed order is attached.

LAW OFFICES OF GORMAN & GAVRAS

Date: October 1, 2004.

By: _____
TIMOTHY MB FARRELL, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

Timothy MB Farrell, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO SERVE ADDITIONAL REQUESTS FOR ADMISSION |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD. | |
| Defendants. | |

Having reviewed the Plaintiff's Motion and the pleadings in this file,

**IT IS HEREBY ORDERED** that Plaintiff shall be given leave to serve additional requests for admissions on defendants. Defendants shall admit or deny the requests within thirty (30) days of service.

**SO ORDERED** this ___ day of _____, 2004.

_____
District Judge