William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ



IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ,<br><br>      Plaintiff,<br><br>vs.<br><br>DONGWON INDUSTRIES CO., GUAM;<br>THE VESSEL "UNIVERSAL KIM"; and<br>DONGBU INSURANCE CO., LTD.<br><br>      Defendants. | CIVIL CASE NO. 02-00025<br><br>NOTICE OF<br>ACCEPTANCE |

**Comes now** the plaintiff, by and through counsel and pursuant to FRCP 68, serves written notice that the offer of judgment is accepted. The clerk is hereby requested to enter a judgment in plaintiff's favor in the amount of $50,000.00 plus costs incurred by the plaintiff in preparing this case.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: October 05, 2004          By: _____
                                Timothy MB Farrell, Esq.
                                Attorneys for Plaintiff
                                JUAN Q. PEREZ