Timothy MB Farrell, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ

FILED
DISTRICT COURT OF GUAM
OCT 07 2004
MARY L. M. MORAN
CLERK OF COURT

(45)

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| Plaintiff, | |
| vs. | AMENDED NOTICE OF ACCEPTANCE |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD. | |
| Defendants. | |

**Comes now** the Plaintiff, by and through counsel and pursuant to FRCP 68, serves this amended written notice that the Defendants offer of judgment dated September 28, 2004 is accepted.

Plaintiff's original notice of acceptance, in error, did not include a copy of the offer of judgment, nor did the acceptance mirror the offer, which was Plaintiff's intent. Plaintiff's intent is to accept the offer as drafted.

//

//

//

ORIGINAL

<u>Perez v. Dongwon Industries Co., Guam., et al</u>, CIV 02-00025
**Notice of Acceptance**

The clerk is hereby requested to enter a judgment in Plaintiff's favor in the amount of $50,000.00 inclusive of costs accrued by the Plaintiff in preparing this case.

                                  Respectfully Submitted,

                                  LAW OFFICES OF GORMAN & GAVRAS

Date: October 07, 2004        B y: _____
                                                 Timothy MB Farrell, Esq.
                                                 Attorneys for Plaintiff
                                                 JUAN Q. PEREZ

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857
BY: VINCENT LEON GUERRERO

Attorneys for  Defendants Dongwon Industries Co., Guam;
and Dongbu Insurance Co., Ltd.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>DONGWON INDUSTRIES CO., GUAM;<br>THE VESSEL "UNIVERSAL KIM"; and<br>DONGBU INSURANCE CO., LTD.,<br><br>Defendants. | CIVIL CASE NO. 02-00025<br><br><br><br>**OFFER OF JUDGMENT** |

**TO PLAINTIFF AND TO HIS ATTORNEYS OF RECORD:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants **DONGWON INDUSTRIES CO., GUAM** and **DONGBU INSURANCE CO., LTD.** hereby offer to allow judgment to be taken against them in this action, in the amount of **FIFTY THOUSAND DOLLARS ($50,000.00)**, inclusive of costs accrued to date. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendants

//

//

//

are liable in this action or that the Plaintiff has suffered any damages.

DATED this 28th day of September, 2004.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: *Vincent Leon Guerrero* (signature)
**VINCENT LEON GUERRERO**
*Attorneys for Defendants Dongwon Industries Co., Guam and Dongbu Insurance Co., Ltd.*

V49\14226-160
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\512-OFFER OF JUDGMENT RE PEREZ V DONGWON.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910