Timothy MB Farrell, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>DONGWON INDUSTRIES CO., GUAM;<br>THE VESSEL "UNIVERSAL KIM"; and<br>DONGBU INSURANCE CO., LTD.<br><br>Defendants. | CIVIL CASE NO. 02-00025<br><br><br>DECLARATION OF SERVICE |

### DECLARATION OF ROMY CRUZ

I, Romy Cruz, hereby declare as follows:

1. I have personal knowledge of the facts recited in this paper. The basis of my knowledge is my experience with the events described below. I could and would testify competently as to these facts if called upon by the Court.

2. I am an individual over the age of 18 and am employed by the Law Offices of Gorman & Gavras, P.C.

3. I effectuated service on Defendants Dongwon Industries Co., Guam; and Dongbu Insurance Co., Ltd. through defendants' counsel, the Law Office of Klemm,

**Perez v. Dongwon Industries Co., Guam., et al**
**Declaration of Service**
**October 8, 2004**

Blair, Sterling & Johnson, 1008 Pacific News Bldg., Hagatna, Guam on October 7, 2004, at 3:01 p.m.

    4.    DOCUMENT SERVED:

        a. Amended Notice of Acceptance.

I declare under the penalty of perjury, under the laws of Guam, that the foregoing is true and correct.

                        EXECUTED ON: October 8, 2004

                        /ROMY CRUZ