Timothy MB Farrell, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ

FILED
DISTRICT COURT OF GUAM
OCT 08 2004
MARY L. M. MORAN
CLERK OF COURT

(47)

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| Plaintiff, | |
| vs. | NOTICE OF WITHDRAWAL |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD. | |
| Defendants. | |

COMES NOW Plaintiff, by and through counsel and gives notice that he is withdrawing his acceptance of the offer of judgment in this case. The parties have agreed to an amicable settlement.

LAW OFFICES OF GORMAN & GAVRAS

Date: October 8, 2004.    By: _____
TIMOTHY MB FARRELL, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ