William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ



IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>DONGWON INDUSTRIES CO., GUAM;<br>THE VESSEL "UNIVERSAL KIM"; and<br>DONGBU INSURANCE CO., LTD.<br><br>Defendants. | CIVIL CASE NO. 02-00025<br><br><br><br>STIPULATION and ORDER<br>FOR DISMISSAL |

COME NOW the parties, by and through their attorneys of record, and hereby request the Court to dismiss the above-entitled action with prejudice, as the parties have amicably addressed to resolution the matters in controversy.

**IT IS SO STIPULATED.**

LAW OFFICES OF GORMAN & GAVRAS

Date: November 7, 2004          By: _____
                                    WILLIAM L. GAVRAS, ESQ.
                                    Attorneys for Plaintiff
                                    JUAN Q. PEREZ

Perez v. Dongwon Industries Co., Guam., et al
Stipulation and Order for Dismissal
November, 2004

KLEMM, BLAIR, STERLING & JOHNSON

Date: November 18, 2004   By: /s/ Vincent Leon Guerrero
VINCENT LEON GUERRERO ESQ.
Attorneys for Defendants

## ORDER

The above-entitled case is hereby dismissed with prejudice pursuant to this Stipulation.

Dated: Nov. 29, 2004

A. WALLACE TASHIMA
Judge, U.S. District Court of Guam


RECEIVED NOV 22 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM

2
Case 1:02-cv-00025   Document 48   Filed 11/30/2004   Page 2 of 2