A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JUAN Q. PEREZ



IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ, | CIVIL CASE NO. 02-00025 |
| Plaintiff, | |
| vs. | DISMISSAL WITH PREJUDICE; and ORDER |
| DONGWON INDUSTRIES CO., GUAM; THE VESSEL "UNIVERSAL KIM"; and DONGBU INSURANCE CO., LTD. | |
| Defendants. | |

COME NOW Plaintiff, by and through his attorneys of record, A. Alexander Gorman, Esq. and hereby requests the Court to dismiss the above-entitled case and all causes of action with prejudice as to all non-served Defendants.

LAW OFFICES OF GORMAN & GAVRAS

Date: December 3, 2004        By: _____
                                   A. ALEXANDER GORMAN, ESQ.
                                   Attorneys for Plaintiff
                                   JUAN Q. PEREZ

Perez v. Dongwon Industries Co., Guam., et al
Dismissal with Prejudice; and Order
December 3, 2004

## ORDER

The above-entitled case is hereby dismissed with prejudice as to all Defendants and causes of action.

Dated: Dec. 7, 2004

_____
A. WALLACE TASHIMA
Judge, U.S. District Court of Guam

RECEIVED
DEC - 7 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM