UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JUAN Q. PEREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DONGWON INDUSTRIES CO., GUAM;<br>THE VESSEL "UNIVERSAL KIM"; and<br>DONGBU INSURANCE CO., LTD.<br><br>　　　　Defendants. | CIVIL CASE NO. 02-00025<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the following:

1.　Stipulation and Order for Dismissal filed November 30, 2004, and

2.　Dismissal with Prejudice; and Order filed December 07, 2004.

Dated this 8th day of December, 2004, Hagatna, Guam.

　　　　　　　　　　　　　　　　　MARY L. M. MORAN
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Notice is hereby given that this document was entered on the docket on 12-08-2004. No separate notice of entry on the docket will be issued by this Court.
　　Mary L. M. Moran
　　Clerk, District Court of Guam
By: _____  12-08-2004
　Deputy Clerk　　Date